IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA, INC. and<br>HUAWEI DEVICE CO. LTD.<br><br>　　　Defendants. | Civil Action No. 2:18-cv-00509<br><br><br>PATENT CASE<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Uniloc 2017 LLC files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

The parent of Uniloc 2017 LLC is CF Uniloc Holdings LLC.

No publicly-held corporation owns ten percent (10%) or more of the stock of Uniloc 2017 LLC.

Date: November 19, 2018

Respectfully submitted,

/s/ Paul J. Hayes
Paul J. Hayes (Lead Attorney)
Massachusetts State Bar No. 227000
Kevin Gannon
Massachusetts State Bar No. 640931
Aaron Jacobs
Massachusetts State Bar No. 677545
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: kgannon@princelobel.com
Email: ajacobs@princelobel.com

Edward R. Nelson III
ed@nbafirm.com
Texas State Bar No. 00797142
**NELSON BUMGARDNER ALBRITTON P.C.**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111

Shawn A. Latchford
shawn@nbafirm.com
Texas State Bar No. 24066603
**NELSON BUMGARDNER ALBRITTON P.C.**
111 West Tyler Street
Longview, Texas 75601
Tel: (903) 757-8449
Fax: (903) 758-7397

**ATTORNEYS FOR THE PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 19, 2018.

/s/ Paul J. Hayes
Paul J. Hayes